Mark M. Medvesky, Esquire
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place Souderton, PA 18964
(215) 660-3170

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Matthew J. Turner and | : | Case No. 19-15198-AMC |
| Lisa M. Turner | : | |
| | : | |
| Debtors : | | Chapter 13 |

### CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that December 12, 2019 a true and correct copy of the debtors' *Chapter 13 Plan – First Amended* was served upon the parties listed below, in the above captioned matter, via first class mail postage-prepaid. The Chapter 13 Trustee and Office of the United States Trustee were served via electronic mail.

Electronic Mail:

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street, Ste. 501
Philadelphia, PA 19107

First Class Mail:

See attached mailing list

Respectfully Submitted,

BY: */s/ Mark M. Medvesky*
Mark M. Medvesky, Esquire
Attorney for Debtor

IN RE: Turner
Case No.  19-15198-AMC
Mailing List

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI 53708-8961

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Internal Revenue Service
Centralized Insolvency Operations
PO Box7346
Philadelphia, PA 19101-7346

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Wells Fargo Bank N.A.,
d/b/a Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA 98083-0788

Wells Fargo Bank, N.A.
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121