# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15198-AMC

MATTHEW J. TURNER
LISA M. TURNER
537 SHARON ROAD

COLMAR, PA 18915-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MATTHEW J. TURNER
    LISA M. TURNER
    537 SHARON ROAD

    COLMAR, PA 18915-

Counsel for debtor(s), by electronic notice only.

    MARK M. MEDVESKY
    MEDVESKY LAW OFFICE
    15 HARBOR PLACE
    SOUDERTON, PA 18964-

                                    /S/ William C. Miller

Date: 1/7/2020                                 _____

                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee