United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15198-amc
Matthew J. Turner                                                     Chapter 13
Lisa M. Turner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1           Date Rcvd: Mar 18, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db/jdb         +Matthew J. Turner,    Lisa M. Turner,    537 Sharon Road,   Colmar, PA 18915-9747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              MARK M. MEDVESKY    on behalf of Debtor Matthew J. Turner mark@medveskylaw.com,
               dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com
              MARK M. MEDVESKY    on behalf of Joint Debtor Lisa M. Turner mark@medveskylaw.com,
               dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA
18964
(215) 660-3170

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: Matthew J. Turner and | : | Case No. | 19-15198-AMC |
| Lisa M. Turner | : | | |
| | : | Chapter: | 13 |
| Debtor(s) | : | | |

### O R D E R

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor, counsel (the Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00**.

3. The Standing Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2.

Date: **March 18, 2020**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**