**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Medvesky Law Office, LLC
601 E. Broad St, Ste 110
Souderton, PA 18964
(215) 660-3170

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Matthew J. Turner and Lisa M. Turner | : | Case No. 19-15198 PMM |
| Debtors | : | |
| ……………………………………….. | : | Chapter 13 |
| | : | |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Movant | : | |
| v. | : | |
| Matthew J. Turner and Lisa M. Turner Debtor(s) | : | |
| | : | 11 U.S.C. §362 |
| Kenneth E. West Esq. (Trustee) | : | Hearing Date: August 9, 2023, at 1pm Courtroom 1 |
| | : | United States Bankruptcy Court |
| Respondents | : | 900 Market Street, Philadelphia PA |

**RESPONSE TO MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.
FOR RELIEF FROM THE AUTOMATIC STAY
UNDER SECTION 362**

1. Admitted.

2. Admitted.

3. The documents speak for themselves to which no response is necessary. To the extent a response is necessary, it is denied and proof of the averment is demanded at the time of the hearing.

4. Admitted.

5. This is an averment of law to which no response is necessary. To the extent a response is necessary, it is denied and proof of the averment is demanded at the time of the hearing.

6. This is averment is denied and proof of the averment is demanded at the time of the hearing.

7. This is averment is denied and proof of the averment is demanded at the time of the hearing.

8. This is averment is denied and proof of the averment is demanded at the time of the hearing.

9. This is an averment of law to which no response is necessary. To the extent a response is necessary, it is denied and proof of the averment is demanded at the time of the hearing.

10. This is an averment of law to which no response is necessary. To the extent a response is necessary, it is denied and proof of the averment is demanded at the time of the hearing.

WHEREFORE, the Respondents respectfully request the Movant's motion be denied.

Respectfully Submitted,

BY: /s/Mark M. Medvesky
Mark M. Medvesky, Esquire
Attorney for Debtors