**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Medvesky Law Office, LLC
601 E. Broad St, Ste 110
Souderton, PA 18964
(215) 660-3170

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Matthew J. Turner and Lisa M. Turner | : | Case No. 19-15198 PMM |
| Debtors | : | |
| …………………………………………….. | : | Chapter 13 |
| | : | |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Matthew J. Turner and Lisa M. Turner | : | |
| Debtor(s) | : | |
| | : | 11 U.S.C. §362 |
| | : | |
| Kenneth E. West Esq. | : | |
| (Trustee) | : | |
| | : | |
| Respondents | : | |

**ORDER**

     **AND NOW**, this _____ day of _____, 2023, upon consideration of the Motion for Relief from the Automatic Stay; Response filed by the Debtors, and upon certification that proper service has been made on all interested parties, the motion is DENIED.

_____
U.S. BANKRUPTCY JUDGE
