**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Medvesky Law Office, LLC
601 E. Broad St, Ste 110
Souderton, PA 18964
(215) 660-3170

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Matthew J. Turner and | : | Case No. 19-15198 PMM |
| Lisa M. Turner | : | |
| Debtors | : | Chapter 13 |

## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED that on July 25, 2023, a true and correct copy of Debtor's, RESPONSE TO MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 with Proposed Order, and Certification of Service, filed in the above-captioned matter, was served upon the parties and in the manner listed below:

**Electronic Mail:**

Kenneth E. West Esq. VIA ECF
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

**First Class Mail:**

Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Matthew J. and Lisa A. Turner
537 Sharon Road
Colmar, PA 18915

Respectfully Submitted,

BY: /s/Mark M. Medvesky
Mark M. Medvesky, Esquire
Attorney for Debtors