# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew J. Turner<br>Lisa M. Turner<br><br>_Debtor(s)_<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>_Movant_<br><br>vs.<br><br>Matthew J. Turner<br>Lisa M. Turner<br>_Debtor(s)_<br><br>Kenneth E. West Esq.<br>_Trustee_ | CHAPTER 13<br><br><br>NO. 19-15198 PMM<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this __25th__ day of __August__, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge