Certificate Number: 14424-PAE-DE-038555222

Bankruptcy Case Number: 19-15198



14424-PAE-DE-038555222

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2024, at 10:45 o'clock AM EDT, Matthew J Turner completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 9, 2024

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor

Certificate Number: 14424-PAE-DE-038555224

Bankruptcy Case Number: 19-15198



14424-PAE-DE-038555224

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2024, at 10:45 o'clock AM EDT, Lisa M Turner completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 9, 2024

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor