United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15198-pmm
Matthew J. Turner  Chapter 13
Lisa M. Turner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Sep 12, 2024     Form ID: 138OBJ     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Turner, Lisa M. Turner, 537 Sharon Road, Colmar, PA 18915-9747 |
| 14376210 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14379457 | + | Quicken Loan, Inc., c/o Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14377116 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 13 2024 00:17:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 14376199 | + | Email/Text: bky@americanprofit.net | Sep 13 2024 00:17:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 14405887 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:19:55 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14376200 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 00:39:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14383314 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:20:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406077 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 00:19:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14376202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 00:20:54 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14376203 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 00:20:48 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14410674 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 00:20:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14376204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14376206 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 19-15198-pmm   Doc 62   Filed 09/14/24   Entered 09/15/24 00:36:10   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14376207 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2024 00:17:00 | | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14376208 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2024 00:17:00 | | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14376209 | | Email/Text: mrdiscen@discover.com | Sep 13 2024 00:17:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14383921 | | Email/Text: mrdiscen@discover.com | Sep 13 2024 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14376212 | | Email/Text: rj@ffcc.com | Sep 13 2024 00:17:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14376213 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Sep 13 2024 00:17:00 | | Great Lakes Higher Education Corporation, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14376215 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2024 00:17:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box7346, Philadelphia, PA 19101-7346 |
| 14376216 | + | Email/Text: PBNCNotifications@peritusservices.com Sep 13 2024 00:17:00 | | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14376217 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Mabt - Genesis Retail, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14376218 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14376219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2024 00:19:51 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14406777 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2024 00:19:55 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14408351 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2024 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14389195 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2024 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14376220 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 13 2024 00:17:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14379148 | ^ | MEBN | Sep 13 2024 00:03:29 | Quicken Loans Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14388631 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 13 2024 00:17:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14376221 | + | Email/PDF: resurgentbknotifications@resurgent.com Sep 13 2024 00:20:47 | | Resurgent, Attn: Bankruptcy Department, Po Box 10497, Greenville, SC 29603-0497 |
| 14376222 | + | Email/Text: bankruptcy@sw-credit.com | Sep 13 2024 00:17:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14377089 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:38:02 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14376223 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:20:16 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14376224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:36:57 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14376225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:20:15 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14376226 | ^ | MEBN | Sep 13 2024 00:03:34 | Systems & Services Technologies/Best Egg, Attn: |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14376228 | | Email/Text: bankruptcy@td.com | Sep 13 2024 00:17:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 14412325 | + | Email/Text: bncmail@w-legal.com | Sep 13 2024 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14376227 | + | Email/Text: bncmail@w-legal.com | Sep 13 2024 00:17:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14387899 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14401714 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:37:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14376229 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:34 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14400542 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:10 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14376230 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:16 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14376201 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14376205 | *+ | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14376211 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14376214 | *+ | Great Lakes Higher Education Corporation, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14409464 | *+ | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14376231 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARK M. MEDVESKY
on behalf of Debtor Matthew J. Turner mark@medveskylaw.com
dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

MARK M. MEDVESKY
on behalf of Joint Debtor Lisa M. Turner mark@medveskylaw.com
dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 61 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Matthew J. Turner  )  Case No. 19−15198−pmm
 )
 )
   Lisa M. Turner  )  Chapter: 13
 )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 12, 2024        For The Court

      Timothy B. McGrath
      Clerk of Court